# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| O'NEILL-CLARK ENTERPRISES, INC., | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | No.   05-CV-227 DRH |
| | ) | |
| CONOCOPHILLIPS COMPANY, | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER OF DISMISSAL

The Court having been advised by the counsel for the parties that the above action has been settled;

**IT IS ORDERED** that this action is hereby dismissed without costs and with the right, upon good cause shown within ninety (90) days, to reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

DATED: This   28th   day of   March  , 2006.

/s/              David   RHerndon
**UNITED STATES DISTRICT JUDGE**